Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
          hilary.williams@jacksonlewis.com

*Attorney for Defendants*
*Optum Services, Inc. d/b/a Southwest*
*Medical Pharmacy and United Health Group NV Corp.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK GREGORY OSAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OPTUM SERVICES, INC. d/b/a Southwest Medical Pharmacy; UNITED HEALTH GROUP NV CORP; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00137-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND FILE A JOINT CASE CONFERENCE REPORT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Patrick Gregory Osan ("Plaintiff"), through his counsel, Jeffrey Gronich, Esq., and Defendants Optum Services, Inc. d/b/a Southwest Medical Pharmacy and United Health Group NV Corp. ("Defendants"), through their counsel Jackson Lewis P.C., that: (1) Defendants shall have an extension up to and including April 7, 2022 in which to file their respective responses to Plaintiff's Amended Complaint (ECF No. 14); (2) the Parties shall have an extension in which to file a report in compliance with Fed. R. Civ. P. 26(f) ("FRCP 26(f)") up to and including April 6, 2022; and (3) the Parties shall have an extension of time to exchange their initial disclosures up to and including April 6, 2022. This Stipulation is submitted and based upon the following:

1. In anticipation of exchanging initial disclosures, the Parties discovered that they had entered into an arbitration agreement.

2. The Parties stipulated to extend the deadlines for Defendants to respond to Plaintiff's Amended Complaint (ECF No. 14), for the Parties to jointly submit an FRCP 26(f) report, and for the Parties to exchange initial disclosures in light of the arbitration agreement on March 9, 2022 (ECF No. 16), which the Court granted on March 15, 2022 (ECF No. 17).

3. The Parties are continuing to discuss whether they will stipulate to stay the case pending arbitration, whether Defendants will move to compel arbitration, or whether they can settle before such filings are necessary.

4. To avoid imposing on the Court's time and resources by filing documents that the Parties believe will be rendered unnecessary, the Parties respectfully request a two-week extension in which Defendants may file their responses to the Amended Complaint (ECF No. 14), the Parties may file their FRCP 26(f) report, and the Parties may exchange initial disclosures.

5. Defendants' respective responses to the Amended Complaint (ECF No. 14) are currently due on March 24, 2022.

6. The Parties respectfully request that the Defendants' deadline to file responses to the Amended Complaint (ECF No. 14) be extended to April 7, 2022.

7. This is the second request for an extension of time for Defendants to file their respective responses to Plaintiff's Amended Complaint (ECF No. 14).

8. In addition, the current deadline to provide a report consistent with FRCP 26(f) and to exchange initial disclosures is March 23, 2022.

9. The Parties respectfully request that their deadline to file an FRCP 26(f) report and to exchange initial disclosures be extended to April 6, 2022.

10. This is the second request for an extension of time for the Parties to file the FRCP 26(f) report and to exchange initial disclosures.

///

///

///

11. This request is made in good faith and not for the purpose of delay.

12. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 22nd day of March, 2022.

| JEFFREY GRONICH, ATTORNEY AT LAW, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jeffrey Gronich* <br> JEFFREY GRONICH, ESQ. <br> Nevada Bar No. 13136 <br> 1810 E. Sahara Ave, Suite 109 <br> Las Vegas, Nevada 89104 <br><br> *Attorney for Plaintiff* <br> *Patrick Gregory Osan* | */s/ Hilary A. Williams* <br> DEVERIE J. CHRISTENSEN, ESQ. <br> Nevada Bar No. 6596 <br> HILARY A. WILLIAMS <br> Nevada Bar No. 14645 <br> 300 South Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants Optum Services, Inc. d/b/a Southwest Medical Pharmacy and United Health Group NV Corp.* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 3-22-2022

4869-8825-1160, v. 1