Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
           hilary.williams@jacksonlewis.com

*Attorney for Defendants*
*Optum Services, Inc. d/b/a Southwest*
*Medical Pharmacy and United Health Group NV Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK GREGORY OSAN, an individual, | Case No.  2:22-cv-00137-JCM-VCF |
| Plaintiff, | **STIPULATED:** |
| vs. | **(1) NOTICE OF SETTLEMENT;** |
| OPTUM SERVICES, INC. d/b/a Southwest Medical Pharmacy; UNITED HEALTH GROUP NV CORP; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive, | **(2) REQUEST FOR STAY; and** |
| | **(3) REQUEST FOR STATUS CHECK** |
| Defendants. | |

Plaintiff Patrick Gregory Osan ("Plaintiff"), through his counsel, Jeffrey Gronich, Esq., and Defendants Optum Services, Inc. d/b/a Southwest Medical Pharmacy and United Health Group NV Corp. ("Defendants"), through their counsel, Jackson Lewis P.C., hereby file this Stipulated Notice of Settlement and Request for Stay and Status Check.  The parties have reached a resolution of this matter and are working to finalize the language of the settlement agreement. The parties need enough time to complete the settlement process, including the issuance of settlement funds, in order to file a stipulation and order to dismiss this action. Thus, the parties request that the Court schedule a settlement status check conference in approximately 45 days, at the Court's convenience, to permit

the parties time to complete the settlement process and file a stipulation and order for dismissal. The status check can be vacated if the Stipulation and Order for Dismissal with Prejudice is entered by the Court as an order in advance thereof.

The parties also request that the Court stay all pending deadlines including those set forth in the Order to Extend Time for Defendants to Respond to Plaintiff's Amended Complaint and File a Joint Case Conference Report (ECF No. 19). The parties wish to avoid incurring additional fees and costs complying with the pending deadlines while the parties prepare the necessary settlement documents and dismissal.

Dated this 6th day of April, 2022.

| JEFFREY GRONICH, ATTORNEY AT LAW, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Jeffrey Gronich | /s/ Hilary A. Williams |
| JEFFREY GRONICH, ESQ.<br>Nevada Bar No. 13136<br>1810 E. Sahara Ave, Suite 109<br>Las Vegas, Nevada 89104<br><br>*Attorney for Plaintiff*<br>*Patrick Gregory Osan* | DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>HILARY A. WILLIAMS<br>Nevada Bar No. 14645<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants Optum Services, Inc.*<br>*d/b/a Southwest Medical Pharmacy and*<br>*United Health Group NV Corp.* |

**ORDER**

IT IS HEREBY ORDERED that a video status hearing is scheduled for 10:00 AM, May 23, 2022.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, May 20, 2022.

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: 4-6-2022