Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
           hilary.williams@jacksonlewis.com

*Attorney for Defendants*
*Optum Services, Inc. d/b/a Southwest*
*Medical Pharmacy and United Health Group NV Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK GREGORY OSAN, an individual, | Case No. 2:22-cv-00137-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS HEARINGS** |
| OPTUM SERVICES, INC. d/b/a Southwest Medical Pharmacy; UNITED HEALTH GROUP NV CORP; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive, | Current Hearing Date:  May 23, 2022<br>Current Hearing Time:  10:00 a.m.<br><br>~~Current Hearing Date:  June 3, 2022~~<br>~~Current Hearing Time:  10:30 a.m.~~ |
| Defendants. | |

Plaintiff Patrick Gregory Osan ("Plaintiff"), through his counsel, Jeffrey Gronich, Esq., and Defendants Optum Services, Inc. d/b/a Southwest Medical Pharmacy and United Health Group NV Corp. ("Defendants"), through their counsel Jackson Lewis P.C., stipulate and agree as follows:

1. On April 6, 2022, the Parties notified the Court that they had reached a settlement and requested that the Court set a status hearing. ECF Nos. 20, 22.

2. That same day, the Court granted the Parties requests and set a status hearing for May 23, 2022. ECF No. 23.

3. A second status check hearing was set for June 3, 2022. ECF No. 25.

4. The Parties are diligently working to finalize the language of the settlement agreement.

5. However, Plaintiff's counsel will be out of the country from May 18, 2022 to June 7, 2022. This absence is anticipated to delay the Parties' ability to finalize the agreement. In addition, Plaintiff's counsel will not be able to attend the status hearings currently scheduled for May 23, 2022 and June 3, 2022 while counsel is overseas.

6. Accordingly, the Parties respectfully request that the status hearings currently scheduled for May 23, 2022 and June 3, 2022 be continued.

7. This is the first request for a continuance of the status hearings.

8. This request is made in good faith and not for the purpose of delay.

Dated this 18th day of May, 2022.

| JEFFREY GRONICH, ATTORNEY AT LAW, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Jeffrey Gronich<br>JEFFREY GRONICH, ESQ.<br>Nevada Bar No. 13136<br>1810 E. Sahara Ave, Suite 109<br>Las Vegas, Nevada 89104<br><br>*Attorney for Plaintiff*<br>*Patrick Gregory Osan* | /s/ Hilary Williams<br>DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>HILARY A. WILLIAMS<br>Nevada Bar No. 14645<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants Optum Services, Inc. d/b/a Southwest Medical Pharmacy and United Health Group NV Corp.* |

This Order will only address the status hearing scheduled for May 23, 2022. Accordingly, IT IS HEREBY ORDERED that the status hearing scheduled for May 23, 2022, is VACATED.

**ORDER**

IT IS SO ORDERED:

~~United States District Court Judge~~ /
United States Magistrate Judge

Dated: 5-19-2022

4861-8363-0368, v. 1