JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave., Suite 109
Las Vegas, Nevada 89104
Tel:   (702) 430-6896
Fax:   (702) 727-3903
jgronich@gronichlaw.com
*Attorney for Plaintiff Patrick Gregory Osan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK GREGORY OSAN an individual;<br><br>Plaintiff,<br><br>vs.<br><br>OPTUM SERVICES, INC. d/b/a Southwest Medical Pharmacy; UNITED HEALTH GROUP NV CORP;<br><br>Defendants. | Case No. 2:22-cv-00137-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

COMES NOW Plaintiff, PATRICK GREGORY OSAN, and Defendants OPTUM SERVICES, INC d/b/a Southwest Medical Pharmacy and UNITED HEALTH GROUP NV CORP., by and through their respective counsel of record, and hereby stipulate to dismiss the entire action with prejudice. The Status Conference currently set for July 13, 2022 shall be vacated.

///

///

///

///

///

///

///

Each Party shall bear its own costs and fees.

Page 1 of 2

Dated this 1st day of July, 2022.

| | |
|---|---|
| By: /s/ Jeffrey Gronich, Esq. | By: /s/ Hilary Williams, Esq. |
| JEFFREY GRONICH, ESQ. | DEVERIE J. CHRISTENSEN, ESQ. |
| Nevada Bar No. 13136 | Nevada Bar No. 6596 |
| Jeffrey Gronich, Attorney at Law, P.C. | HILARY A. WILLIAMS, ESQ. |
| 1810 E. Sahara Ave, Suite 109 | Nevada Bar No. 14645 |
| Las Vegas, NV 89104 | Jackson Lewis, P.C. |
| | 300 South Fourth Street, Suite 900 |
| | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Patrick Gregory Osan* | *Attorneys for Defendants Optum Services, Inc. d/b/a Southwest Medical Pharmacy and United Health Group NV Corp* |

**IT IS SO ORDERED**

_____
United States District Court Judge

Dated: July 11, 2022